David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Calvin W. Davis (SBN 306264)
davisc@cmtlaw.com
CARLSON & MESSER LLP
5901 W. Century Boulevard, Suite 1200
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant
*COMENITY BANK*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACEY CHU, | CASE NO. 8:20-cv-00506-GW-KES |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| COMENITY BANK, | |
| Defendant. | |

TO THE HONORABLE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

　　PLEASE TAKE NOTICE that this entire action has been settled. The parties anticipate that they will complete the settlement and file a stipulation of dismissal within 45 days from the date of this notice.

　　In light of the settlement, the Parties respectfully request that the Court vacate all pending matters in this case.

| | | |
|---|---|---|
| 1 | Dated:  August 26, 2020 | PRICE LAW GROUP, APC. |
| 2 | | s/ Youssef H. Hammoud |
| 3 | | Youssef H. Hammoud |
| | | L. Tegan Rodkey |
| 4 | | Attorneys for Plaintiff |
| 5 | | TRACEY CHU |
| 6 | | |
| 7 | Dated:  August 26, 2020 | CARLSON & MESSER LLP |
| 8 | | s/ David J. Kaminski |
| 9 | | David J. Kaminski |
| | | Calvin W. Davis |
| 10 | | Attorneys for Defendant |
| 11 | | COMENITY BANK |

## **ATTESTATION AND CERTIFICATE OF SERVICE**

I, David J. Kaminski, am the ECF user whose identification and password are being used to file the Notice of Settlement.  Pursuant to Civil Local Rule 5-4(2)(i), I hereby attest that all counsel whose electronic signatures in the Notice provided their authority and concurrence to file that document.

Dated:  August 26, 2020				CARLSON & MESSER LLP

						s/ David J. Kaminski
						David J. Kaminski
						Calvin W. Davis
						Attorneys for Defendant
						*COMENITY BANK*