Youssef H. Hammoud (SBN: 321934)
L. Tegan Rodkey (SBN: 275830)
**PRICE LAW GROUP, APC**
6345 Balboa Blvd., Suite 247
Encino, CA 91316
T: (818) 600-5596
F: (818) 600-5496
E: youssef@pricelawgroup.com
E: tegan@pricelawgroup.com
*Attorneys for Plaintiff,*
*Tracey Chu*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACEY CHU,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COMENITY BANK,<br><br>　　　　Defendant. | Case No.: 8:20-cv-00506-GW-KES<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT COMENITY BANK** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Tracey Chu ("Plaintiff") and Defendant Comenity Bank ("Comenity"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Comenity. The parties shall bear their own attorneys' fees and costs.

///

RESPECTFULLY SUBMITTED,

**PRICE LAW GROUP, APC**

Dated: October 2, 2020    By: */s/ Youssef H. Hammoud*
Youssef H. Hammoud (SBN: 321934)
**PRICE LAW GROUP, APC**
6345 Balboa Blvd, Suite 247
Encino, CA 91316
T: (818) 600-5596
F: (818) 600-5496
E: youssef@pricelawgroup.com
*Attorneys for Plaintiff,*
*Tracey Chu*

Dated: October 2, 2020    By: */s/ David J. Kaminski*
David J. Kaminski (SBN 128509)
Calvin W. Davis (SBN 306264)
CARLSON & MESSER LLP
5901 W. Century Blvd., Suite 1200
Los Angeles, CA 90045
Telephone: (310) 242-2200
Fax: (310) 242-2222
Email: kaminskid@cmtlaw.com
Email: davisc@cmtlaw.com
*Attorneys for Defendant,*
*Comenity Bank*

## SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2), I hereby attest that I have on file all signatories listed, on whose behalf this filing is submitted, concur with the contents of this filing and have authorized the filing.

Dated: October 2, 2020    By: */s/ Youssef H. Hammoud*
Youssef H. Hammoud

youssef@pricelawgroup.com
*Attorneys for Plaintiff,*
*Tracey Chu*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/ Lia Ruggeri*