JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACEY CHU,<br><br>    Plaintiff,<br><br>v.<br><br>COMENITY BANK,<br><br>    Defendant. | Case No.: CV 20-506-GW-KESx<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT COMENITY BANK** |

Upon review of the Parties' Stipulation of Dismissal with Prejudice of Defendant Comenity Bank, and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED.**

The above-entitled matter is hereby dismissed with prejudice, as to Defendant Comenity Bank, with the parties to bear their own attorneys' fees, costs, and expenses.

**IT IS SO ORDERED.**

Dated: October 5, 2020

                                                  Honorable George H. Wu
                                                United States District Judge